

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00283-CV

| | | |
|---|---|---|
| INLOG, INC., Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2019-01071) |
| | § | April 16, 2020 |
| RYDER TRUCK RENTAL, INC., Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the default judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Ryder Truck Rental, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack